Brian J. Rayment, OBA #7441
KIVELL, RAYMENT & FRANCIS, P.C.
Triad Center, Suite 240
7666 East 61st Street
Tulsa, Oklahoma  74133
Telephone: (918) 254-0626
Facsimile: (918) 254-7915
Email:  Brayment@kivell.com

Attorneys for Plaintiff

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Grant County Excavation, Inc.,<br><br>　　　　　Debtor<br><br>Trudy A. Nowak, Trustee<br>of the Bankruptcy Estate of<br>Grant County Excavation, Inc.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Stacey Spink, p/k/a Stacey Sires,<br>Jeff Sires, and<br>EDG Fuels, Inc., and<br>The Stacey Janell Spink and John<br>Huntington Spink Living Trust,<br><br>　　　　　Defendants. | Chapter   7<br><br>Case No.  4:13-BK-19613<br><br><br><br><br><br><br><br>Adversary Number 4:14-ap-00898-SHG |

## ORDER REVISING PRELIMINARY INJUNCTION

This matter comes before the Court upon the Plaintiff's Application for an Order revising the Preliminary Injunction entered herein on October 21, 2015, (Doc.42) so as to

permit the sale of an asset that is the subject of this action and providing for the sales proceeds to be placed by the Trustee in the bankruptcy estate account.

Plaintiff appears through her counsel, Brian J. Rayment. Defendants, Stacey Spink, p/k/a Stacey Sires, appears pro se. BASED UPON THE STIPULATION OF THE PARTIES, AS REFLECTED BY COUNSEL'S SIGNATURE HEREON AND THE REPRESENTATION BY TRUSTEE'S COUNSEL THAT STACEY SPINK APPROVES OF THE ENTRY OF THIS ORDER, IT IS HEREBY ORDERED THAT:

1. The Application is consistent with the settlement agreement approved by this court and is granted.

2. The Defendant, Stacey Spink, p/k/a Stacey Sires, and The Stacey Janell Spink and John Huntington Spink Living Trust, are permitted to sell the property described as Lot 70 Amended Sky View Estates, Silver City, New Mexico for the sum of $228,000.00.

3. All proceeds of the sale shall remain subject to the preliminary injunction and are to be paid to the Trustee to be held in the bankruptcy estate account pending further order of the Court.

4. With the exception of the sale authorized herein, the Preliminary Injunction entered on October 21, 2015, (Doc.42) shall remain in full force and effect pending further Order of the Court.

5. This Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**DATED AND SIGNED ABOVE.**

Submitted by:

*/s/ Brian J. Rayment*

_____
Brian J. Rayment, OBA #7441
Triad Center, Ste. 550
7666 East 61st Street
Tulsa, OK 74133
Telephone: 918-254-7915
Facsimile: 918-254-7915
Email: brayment@kivell.com

Attorneys for Plaintiff