THIS ORDER IS APPROVED.

Dated: January 2, 2018

_____
**Scott H. Gan, Bankruptcy Judge**

Brian J. Rayment, OBA #7441
KIVELL, RAYMENT & FRANCIS, P.C.
Triad Center, Suite 240
7666 East 61st Street
Tulsa, Oklahoma 74133
Telephone: (918) 254-0626
Facsimile: (918) 254-7915
Email: Brayment@kivell.com

Attorneys for Plaintiff

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Grant County Excavation, Inc.,<br><br>                Debtor | Chapter 7<br><br>Case No. 4:13-BK-19613 |
| Trudy Nowak, Trustee<br>of the Bankruptcy Estate of<br>Grant County Excavation, Inc.,<br><br>                Plaintiff,<br><br>v.<br><br>Stacey Spink, p/k/a Stacey Sires,<br>Jeff Sires, and<br>EDG Fuels, Inc., and<br>The Stacey Janell Spink and John<br>Huntington Spink Living Trust,<br><br>                Defendants. | Adversary Number 4:14-ap-00898-SHG<br><br><br>**AMENDED ORDER REVISING<br>PRELIMINARY INJUNCTION** |

This matter comes before the Court upon the Plaintiff's Motion for an Order amending the Order entered December 18, 2017, revising the preliminary injunction entered herein October 21, 2015 (ECF No. 42), correcting the legal description in the

prior order, permitting the sale of an asset that is the subject of this action and providing for the sales proceeds to be placed in the trust account of the Trustee's law firm.

Plaintiff appears through her counsel, Brian J. Rayment.

BASED UPON THE STIPULATION OF THE MOTION, IT IS HEREBY ORDERED THAT:

1. The Application is granted.

2. The Defendant, Jeff Sires, is permitted to sell the property described as Stage Stop Mobile Home Park in Silver City, New Mexico, more specifically described in Exhibit "B" hereto, subject to the conditions contained herein.

3. One Hundred Thousand ($100,000.00) Dollars of the proceeds of the sale shall remain subject to the preliminary injunction and settlement agreement with Jeff Sires and are to be paid to the Trustee.

4. The Property described in Exhibit "A" hereto shall remain subject to the preliminary injunction.

5. With the exception of the sale authorized herein, the Preliminary Injunction entered on October 21, 2015 (ECF No. 42) shall remain in full force and effect.

6. This Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

7. This Order shall remain in place pending further Order of the Court.

**DATED AND SIGNED ABOVE.**

Submitted by:

*/s/ Brian J. Rayment*

_____
Brian J. Rayment, OBA #7441
Triad Center, Ste. 550
7666 East 61st Street
Tulsa, OK 74133
Telephone: 918-254-7915
Facsimile: 918-254-7915
Email: brayment@kivell.com

Attorneys for Plaintiff

# EXHIBIT "A"

Lots 36-43, 45-54, 64-66, 68, 70 and 71 of the Amended Skyview Estates Subdivision of Silver City, Grant County, New Mexico, according to the survey and plat thereof filed March 30, 2006 in Plat Book 9 at Page 1112 in the Records of the Grant County Clerk.

# LEGAL DESCRIPTION

Tract A:
All that part of Lot 7, Section 4, T. 18S., R. 14W., NMPM, Town of Silver City, Grant County, New Mexico, described as follows:
BEGINNING at the Southeast Corner of this tract, a point on the Westerly line of California Street which bears S. 89°25'W., 41.49 feet distant from the Northwest Corner of Block 1, Boston Hill Subdivision; thence S. 89°25'W., 101.79 feet to the Southwest Corner of this tract; thence N.00°03'W., 180.98 feet to the Northwest Corner of this tract, a point on the Southerly line of Market Street; thence S. 73°49'E., 67.85 feet to the Northeast Corner of this tract; which is identical with the Southwesterly Intersection of Market and California Streets; thence S. 12°52'E., 165.17 feet to the point of beginning.

AND THE FOLLOWING DESCRIBED TRACT ALSO

Tract B:
All that part of Block 1 and 2 of Boston Hill Subdivision, part of vacated Yankie Street and all that part of Lot 7, Section 4, T. 18S.,. R. 14W., NMPM, Town of Silver City, Grant County, New Mexico, described as follows:
BEGINNING at a point on the Easterly line of California Street which is identical with the Northwest Corner of Block 1, Boston Hill Subdivision; thence N. 12°28'W., 155.81 feet to the Northwest Corner of this tract, which is identical with the Southwesterly intersection of Market and California Streets; thence Easterly along th Southerly line of Market Street the following two courses; S. 78°26'E., 210.72 feet and S. 87°26'E., 76.67 feet; thence S.02°10'E., 103.95 feet to a point on the North line of said Block; thence N. 89°25'E., 123.33 feet to the Northeast Corner of Lot 4 of said Block; thence S. 01°54'E., 142.94 feet to the Southeast Corner of said Lot and a point on the North line of Yankie Street; thence S. 88°09'W., along the South line of said Block and the prolongation of said Line, 120.03 feet; thence S.01°53'E., along the prolongation of and along the East line of said Block 2 and along the West line of Park Drive 161.22 feet to the Southeast Corner of said Block, a point which is identical with the Northwest Intersection of Park Drive and Montana Street; thence S. 88°12'W., 198.20 feet to the Southwest Corner of this tract, a point which is identical with the Southwest Corner of said Block and the Northeast intersection of Montana and California Streets; thence N. 12°28'W., 317.77 feet to the point of beginning.

EXHIBIT "B"